FILED

2005 APR 22 A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS, | : CIVIL ACTION NO. |
| | : 3:02 CV 498 (WWE) |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| FIRELINE, INC., | : |
| | : |
| Defendant. | : April 19, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, Janet M. Helmke, Esq. moves to withdraw her appearance on behalf of the defendant, Fireline, Inc. ("Defendant"). In support hereof, the undersigned represents that her last day with the law firm of Edwards & Angell, LLP was February 25, 2005. The Defendant continues to be represented by the law firm of Edwards & Angell, LLP.

By /s/ Janet M. Helmke
Janet M. Helmke
Federal Bar No. ct09851
Formerly of EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103
(860) 525-5065
Telecopy (860) 527-4198

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, this 19th day of April, 2005, to the following:

Robert J. Sweeney, Esq.
Early, Ludwick & Sweeney, LLC
P.O. Box 1866
265 Church Street, 11th Floor
New Haven, CT 06508-1866

Timothy D. Ward
McGann, Bartlett & Brown
281 Hartford Turnpike # 401
Vernon, CT 06606

*[signature]*
Janet M. Helmke