UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS | : |
| v. | :   CASE NO. 3:02CV498 (AWT) |
| FIRELINE, INC. | : |

J U D G M E N T

Notice having been given on April 11, 2005 to counsel of record of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the Court within twenty (20) days thereafter,

It is accordingly ORDERED that this case be and is hereby dismissed for want of prosecution.

Dated at Hartford, Connecticut this 26th day of May, 2005.

KEVIN F. ROWE, CLERK

By: _____
Sandra Smith
Deputy Clerk

EOD _____