02cv498mrecon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| WILLIE SANDERS | : | CIVIL ACTION NO. 2005 JUN 10 A 10:48 |
| Plaintiff, | : | 3:02 CV 498 (AWT) DISTRICT COURT HARTFORD, CT. |
| V. | : | |
| FIRELINE, INC. | : | |
| Defendant, | : | JUNE 10, 2005 |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c) and 41(a) of the Local Rules of Civil Procedure for the

District of Connecticut, the plaintiff hereby moves this Honorable Court to reconsider its

ruling dismissing the plaintiff's case for want of prosecution and restore the matter to the

docket. The basis for the motion is that the plaintiff can show cause to rescind the

Court's earlier order under Rule 41(a) and failure to do so would cause manifest injustice.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

THE PLAINTIFF

BY: _____
Robert J. Sweeney
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799
Juris No. 409080


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this __10__ day of June, 2005 to the following counsel of record:


Charles F. Gfeller, Esquire
Edwards & Angell, LLP
90 State House Square, 9th Floor
Hartford, CT 06103


_____
Robert J. Sweeney, Esq.