UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE SANDERS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 498 (AWT) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| FIRELINE, INC. | : | |
| | : | |
| Defendant. | : | November 4, 2005 |

### JOINT MOTION FOR MODIFICATION/RE-ENSTATEMENT OF SCHEDULING ORDER

Plaintiff, Willie Sanders ("Plaintiff"), and defendant, Fireline, Inc, ("Defendant"), by and through their undersigned counsel, hereby jointly move for a modification and/or re-enstatement of the Scheduling Order. The reason for this request is that the current scheduling order has become moot. However, after extensive discussions, the parties have agreed to the proposed deadlines set forth below as fair and reasonable for all parties.

The parties also hereby request that the Court hold a Status Conference to discuss scheduling and the status of this case.

Plaintiff and Defendant request the following schedule:

(1) **December 1, 2005:**   Defendant to disclose its liability expert(s).

(2) **December 1, 2005:**   Lay witnesses to be disclosed.

(3) **February 1, 2006:**   Depositions of Defendant's experts to be completed.

(4) **April 1, 2006:**   All discovery, including depositions of fact

|     |     |     |
| --- | --- | --- |
|     |     | witnesses for all parties, to be completed. |
| (5) | **May 1, 2006:** | *Daubert* and Dispositive motions to be filed. |
| (6) | **June 1, 2006:** | Responses to *Daubert* and Dispositive Motions to be filed. |
| (7) | **June 15, 2006:** | Reply Briefs regarding *Daubert* and Dispositive Motions to be filed. |
| (7) | **July 15, 2006:** | Joint Trial Memorandum will be filed within 60 days of the Court's ruling on Daubert and/or Dispositive Motions or, if no such motions are made, by July 15, 2006. |
| (8) | **August 1, 2006:** | The case will be ready for trial within 90 days of the Court's ruling on *Daubert* and/or Dispositive Motions or by August 1, 2006. |

WHEREFORE, the Plaintiff and Defendant respectfully request that the Court grant their Joint Motion for Modification/Re-Enstatement of the Scheduling Order, as outlined above.

THE PLAINTIFF,
WILLIE SANDERS

By_____
Robert J. Sweeney
Fed. Bar No. ct06046
Early, Ludwick, Sweeney, LLC
P.O. Box 1866
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Phone: (203) 777-7799
Fax: (203) 785-1671

THE DEFENDANT,
FIRELINE, INC.

By_____
Mark B. Seiger
Fed. Bar No. ct 05580
Charles F. Gfeller
Fed. Bar No. ct 18119
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, Connecticut 06103
Phone: (860) 525-5065
Fax: (860) 527-4198

## CERTIFICATION

This is to certify that on the 7th day of November, 2005, a copy of the foregoing has been mailed first class mail, postage prepaid, to the following:

Timothy D. Ward
McGann, Bartlett & Brown
281 Hartford Turnpike # 401
Vernon, CT 06606

_____
Charles F. Gfeller