UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS | CIVIL ACTION NO. |
| Plaintiff, | 3:02 CV 498 (AWT) |
| V. | |
| FIRELINE, INC. | |
| Defendant. | November 4, 2005 |

## JOINT MOTION FOR MODIFICATION/RE-ENSTATEMENT OF SCHEDULING ORDER

Plaintiff, Willie Sanders ("Plaintiff"), and defendant, Fireline, Inc, ("Defendant"), by and through their undersigned counsel, hereby jointly move for a modification and/or re-enstatement of the Scheduling Order. The reason for this request is that the current scheduling order has become moot. However, after extensive discussions, the parties have agreed to the proposed deadlines set forth below as fair and reasonable for all parties.

The parties also hereby request that the Court hold a Status Conference to discuss scheduling and the status of this case.

Plaintiff and Defendant request the following schedule:

(1) **December 1, 2005:**   Defendant to disclose its liability expert(s).

(2) **December 1, 2005:**   Lay witnesses to be disclosed.

(3) **February 1, 2006:**   Depositions of Defendant's experts to be completed.

(4) **April 1, 2006:**   All discovery, including depositions of fact

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080