UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS | : CIVIL ACTION NO. |
| | : 3:02 cv 498(AWT) |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| FIRELINE, INC. | : |
| | : |
| Defendant. | : JUNE 15, 2006 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to *Federal Rule of Civil Procedure* 56 and *Local Rule* 9, the defendant, Fireline, Inc. ("Defendant" or "Fireline"), through its undersigned counsel, hereby moves for summary judgment.

A Memorandum of Law in support of this Motion is attached hereto.

THE DEFENDANT
FIRELINE, INC

By_____
Mark B. Seiger, Esq.
Fed. Bar No. ct 05580
Charles F. Gfeller, Esq.
Fed. Bar No. ct 18119
EDWARDS ANGELL PALMER
& DODGE, LLP
90 State House Square
Hartford, Connecticut 06103
(860) 525-5065
Telecopy (860) 527-4198

### CERTIFICATION

      This is to certify that on the 15th day of June, 2006, a copy of the foregoing has been mailed via certified mail, postage pre-paid, to:

Robert J. Sweeney, Esq.
Early, Ludwick & Sweeney
One Century Tower
265 Church Street, 11th Floor
PO Box 1866
New Haven, CT 06508

Timothy D. Ward, Esq.
McGann, Bartlett & Brown
281 Hartford Turnpike # 401
Vernon, CT  06066

_____
Charles F. Gfeller