# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WILLIE SANDERS,                        \*

                PLAINTIFF,   \*
                                Civil Action
      VS                        \*   No. 3:02 CV 498 (JBA)

FIRELINE, INC.                         \*

                DEFENDANT.   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     VOLUME II



CONTINUED DEPOSITION OF MICHAEL SHANOK, P.E., taken pursuant to the Federal Rules of Civil Procedure, at the Law Offices of EDWARDS & ANGELL, 90 State House Square, Hartford, Connecticut, before Carol J. Beecher, a Registered Professional Reporter and Notary Public in and for the State of Connecticut on MONDAY, APRIL 12, 2004 AT 10:00 A.M.

BEECHER & HORVATH
73 MILLBROOK ROAD
NORTH HAVEN, CT.  06473
(203) 230-0010
FAX (203) 281-3429

```
 1         APPEARANCES:
 2
           FOR THE PLAINTIFF:
 3
               EARLY, LUDWICK & SWEENEY
 4             P.O. Box 1866
               265 Church Street - 11th Floor
 5             New Haven, Connecticut  06508-1866
           BY: ROBERT J. SWEENEY, ESQUIRE
 6

 7
           FOR THE DEFENDANT:
 8
               EDWARDS & ANGELL
 9             90 State House Square - 9th Floor
               Hartford, Connecticut  06103
10         BY: MARK B. SEIGER, ESQUIRE
           BY: CHARLES F. GFELLER, ESQUIRE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1      identify all opinions that you believe are not
2      final.
3          A    The opinions which cannot be finalized,
4      and I don't need to take you page by page, but
5      direct you to page 14, opinions -- paragraph 9-A
6      through E.
7          Q    So, what you're telling us now is those
8      opinions are not finalized?
9          A    Well, there are a number of -- I say here
10     that I'm of the opinion the failure occurred as a
11     result of one or more of the following defects, the
12     manufacture or design, and without further
13     information which will be produced at the time that
14     Fireline's expert produces his or her report, I
15     don't have a final opinion as to which one or more
16     of those possible defect causes is going to be my
17     final opinion.
18         Q    If any?
19         A    If any.
20         Q    So, at this point you really have no
21     final opinion in this case?
22         A    That's not true.
23         Q    Okay.  Let's find out what final opinions
24     you do have in the case.

1   here as to the cause of the failure of the pour
2   cup, correct?
3       A   Yes.
4       Q   You haven't gone about developing any
5   tests or actually following through on any tests to
6   validate your hypothesis one way or the other,
7   isn't that correct?
8       A   Yes.
9       Q   And if you wanted to develop testing, and
10  you seem to indicate in paragraph 9 of your report
11  on page 14 that you could actually go about doing
12  that because you specifically write, "Analysis of
13  the particular cause of failure would require
14  extensive examination and testing of a large number
15  of other pour cups which have cracked in the same
16  manner."
17      So, you recognize that you could develop
18  the appropriate test to go back and try to validate
19  through scientific methodology your hypotheses
20  which appear in 9-A through E?
21      A   Yes.
22      Q   Yet you've never done that?
23      A   That's right.
24      Q   So, as you sit here today, you can't

1   offer a specific cause of the failure of the pour
2   cup that Mr. Sanders was using on February 23 of
3   1999; is that correct?
4       A   I can't -- I cannot offer a specific
5   cause of its failure.
6       Q   Okay. And in fact, you can't as you're
7   sitting here today offer a specific cause of the
8   exemplar that's been marked as Exhibit 6 for
9   identification, the cracks that appear in that; is
10  that correct?
11      A   Yes.
12      Q   Now, in paragraph 9, and this is the
13  paragraph that you've pointed to, as containing
14  opinions that aren't really finalized yet; is that
15  correct?
16          MR. SWEENEY: Object to the form.
17      Q   Let me ask you: Are your opinions in
18  paragraph 9 finalized?
19      A   At this point I cannot call them final
20  opinions.
21      Q   Then why am I deposing you if they're not
22  finalized?
23          MR. SWEENEY: Objection.
24  Argumentative.

1          MR. SEIGER: I'm just trying to
2     understand.
3
4  BY MR. SEIGER:
5     Q    You've been disclosed as an expert who's
6  going to render these opinions in court, correct?
7     A    Yes.
8     Q    You're aware of that?
9     A    Yes.
10    Q    And these opinions that are contained in
11 paragraph 9 are in the expert disclosure in this
12 matter?
13    A    Yes.
14    Q    So, you've been identified as an expert
15 that's going to take the stand, raise your right
16 hand and swear under oath that these are your
17 opinions?
18    A    Yes.
19    Q    And you're sitting here now under oath
20 telling me that these opinions aren't finalized; is
21 that correct?
22    A    With respect to the perspective causes of
23 the failure, at this time it would be wrong for me
24 to say they're final opinions.

```
 1         Q     So, you would be unable at this point to
 2   go into court, raise your right hand in front of
 3   the judge, Judge Thompson, and render these
 4   opinions to him as the cause?
 5         A     Oh, I'd have no problem rendering him the
 6   opinion that one or more of these items is one of
 7   the causes.
 8         Q     Is one of the causes.  One or more of
 9   them, but you don't know which one?
10         A     As I sit here, I can't tell you.
11         Q     So, you don't know whether the opinion in
12   paragraph 9-A was the cause of the failure of the
13   pour cup that Mr. Sanders was using on February 23
14   of 1999; is that correct?
15         A     That's correct.
16         Q     And why don't we just read -- I'm going
17   to read for the record 9-A.  9-A reads, "The pour
18   holes at the bottom of the cup are too large
19   thereby causing the material between them to be
20   inadequate in volume and strength to withstand the
21   temperatures and forces to which they are subjected
22   during use."
23               That's what you wrote, correct?
24         A     Yes.
```

```
 1   withstand, do you?
 2        A    That's right.
 3        Q    And you haven't done any testing to
 4   validate that hypothesis, have you?
 5        A    That's correct.
 6        Q    So, going back through 9-A through E, we
 7   have a number of hypotheses that you've created,
 8   yet you've done nothing to validate through any
 9   scientific methodology any of those at this point
10   in time?
11        A    That's right.
12        Q    Now, am I correct you were asked to
13   render your own independent opinions in this matter
14   as to what the potential or what the cause of the
15   alleged failure was on February 23 of 1999; is that
16   correct?
17        A    Yes.
18        Q    And at this point in time in going
19   through paragraph 9-A through E, you have a number
20   of hypotheses, but nothing has been done to
21   validate those hypotheses; is that correct?
22        A    That's correct.
23        Q    Other than the hypotheses that we just
24   went through, 9-A through E, do you have any
```