**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

COPY

* * * * * * * * * * * * * * *

WILLIE SANDERS,                        *

            PLAINTIFF,      *
                                CIVIL NO.
     VS                        *  3:02 CV 498 (WWE)

FIRELINE, INC.                         *

           DEFENDANT.      *

* * * * * * * * * * * * * * *

DEPOSITION OF WILLIE SANDERS, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of EDWARDS & ANGELL, 90 State House Square, Hartford, Connecticut, before Carol J. Beecher, a Registered Professional Reporter and Notary Public in and for the State of Connecticut on TUESDAY, APRIL 8, 2003 AT 10:10 A.M.

BEECHER & HORVATH
73 MILLBROOK ROAD
NORTH HAVEN, CT.  06473
(203) 230-0010
FAX (203) 281-3429

```
 1         APPEARANCES:
 2         FOR THE PLAINTIFF:
 3
               ROBERT J. SWEENEY, ESQUIRE
 4             EARLY, LUDWICK & SWEENEY
               P.O. Box 1866
 5             265 Church Street - 11th Floor
               New Haven, Connecticut  06508
 6         BY: ROBERT J. SWEENEY, ESQUIRE

 7
           FOR THE DEFENDANT:
 8
               EDWARDS & ANGELL
 9             90 State House Square
               9th Floor
10             Hartford, Connecticut  06103
           BY: CHARLES F. GFELLER, ESQUIRE
11

12

13         FOR THE INTERVENING EMPLOYER,
           ANSONIA COPPER & BRASS:
14
               MC GANN, BARTLETT & BROWN
15             281 Hartford Turnpike
               No. 401
16             Vernon, Connecticut  06606
           BY: TIMOTHY D. WARD, ESQUIRE
17                                        (Not Present)

18

19

20

21

22

23

24
```

1    the flow of the metal. What happens, the metal
2    runs over into the bath of the water. When hot
3    metal runs into water, you better be somewhere
4    else.
5       Q   What happens when hot metal runs into
6    water?
7       A   It's like a grenade going off. It blows
8    everything in sight.
9       MR. SWEENEY: That's what happened
10   to you here, right?
11      A   Yeah.
12      Q   Okay. The pin, is the pin attached to
13   the cup when it's in use or is it attached to the
14   down cast?
15      A   It actually -- it ain't attached to
16   nothing. It screws -- at that time it screws up
17   and down. It sets on a rod that goes into the
18   running box and up. It screws up, screws down.
19      Q   What's the running box because I don't
20   think we talked about that earlier?
21      A   Running box is what you call a T-box.
22   It's shaped like a T. It got holes here and here.
23   These holes line up under the mold with the cups.
24      Q   Okay.