# EXHIBIT D

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT
```

COPY

```
* * * * * * * * * * * * * * * *

WILLIE SANDERS,                 *

              PLAINTIFF,        *
                                     Civil Action
         VS                     *    No. 3:02 CV 498 (AWT)

FIRELINE, INC.                  *

              DEFENDANT.        *

* * * * * * * * * * * * * * * *
```

DEPOSITION OF JOSEPH WALSH, taken pursuant to the Federal Rules of Civil Procedure, at the Law Offices of EDWARDS, ANGELL, PALMER & DODGE, 90 State House Square, Hartford, Connecticut, before Carol J. Beecher, a Registered Professional Reporter and Notary Public in and for the State of Connecticut on FRIDAY, MARCH 10, 2006 AT 2:20 P.M.

```
              BEECHER & HORVATH
              73 MILLBROOK ROAD
           NORTH HAVEN, CT.  06473
                (203) 230-0010
              FAX (203) 281-3429
```

```
 1      APPEARANCES:
 2
        FOR THE PLAINTIFF:
 3
             EARLY, LUDWICK & SWEENEY, L.L.C.
 4           265 Church Street - 11th Floor
             P.O. Box 1866
 5           New Haven, Connecticut  06508-1866
        BY:  ROBERT W. SWEENEY, ESQUIRE
 6

 7
        FOR THE DEFENDANT:
 8
             EDWARDS, ANGELL, PALMER & DODGE
 9           90 State House Square
             Hartford, Connecticut  06103
10      BY:  CHARLES F. GFELLER, ESQUIRE

11

12

13      FOR THE INTERVENING PLAINTIFF, ANSONIA COPPER & BRASS:

14           MC GANN, BARTLETT & BROWN
             111 Founders Plaza - Suite 1201
15           East Hartford, Connecticut  06108
        BY:  TERRANCE M. BRENNAN, ESQUIRE
16
                            (NOT PRESENT)
17

18

19

20

21

22

23

24
                      BEECHER  &  HORVATH
```

1    A    Right.
2    Q    Because if a cup is in place, what sees
3    the molten metal is the inside or outside wall?
4    A    The outside would be submerged in the
5    mold.  It will see the metal there.  The inside,
6    you're filling it with metal, and that would be
7    discolored.  So, the wall of the cup, the internal
8    part of the wall would remain white.
9    Q    So, if the cup is intact during a pour --
10   A    Yes.
11   Q    -- the inside of the cup would remain
12   white?
13   A    The wall of the cup, the inside.
14   Q    The inside.  And that's the part of the
15   cup that you saw that was white?
16   A    Yes.
17   Q    And the pieces of the cup that you would
18   expect to see the discolored color were, in fact,
19   discolored?
20   A    Yes, they were.
21   Q    Do you draw any conclusions from that?
22   A    Yes.  Yeah, I did.
23   Q    What conclusions?
24   A    Because the down cast speed was still

1    running at the proper speed at the end of the pour,
2    I discounted that as why it leaked out.  Because
3    there was water coming through the four exhausts --
4    each mold has two exhausts.  Because there was
5    water coming through, I discounted water as being a
6    problem, and I thought -- and because the cup was
7    still white.  You know, every piece that we could
8    find, you know, through the wall was still white.
9    I discounted a cup as being a problem and my
10   feeling was that he lost level in the mold, which
11   would precipitate a leak out or quite possibly the
12   temperature of the metal got hot.  But I ended up
13   as one of those two being the problem.
14        Q    When you say he lost level in the mold,
15   can you explain that?
16        A    Sure.  The mold is 11 inches in diameter,
17   the inside diameter of the mold, by 15 inches high
18   and there's cooling passages on either half of the
19   mold that serpentine up and down.  You have an
20   inlet, it serpentines and goes up and down for half
21   the distance of the mold and then exhaust into the
22   casting tank with a mirror image on the other side
23   of the mold.  When you pour the metal, it goes into
24   the runner box through the distributor cup which

1  has four holes radially near the bottom of the cup.
2  The metal fills the mold which comes in contact
3  with the cold mold wall, solidifies into that V
4  section we were talking about earlier. That whole
5  V is established at the top of the mold down to the
6  bottom in a V shape, and you have a sump where the
7  liquid metal was. If you don't maintain the level
8  of metal near the top of the mold, that V will
9  actually move down, exposing that liquid portion to
10 less direct cooling than it needs to solidify, and
11 that can precipitate a leak out almost definitely
12 every time.
13        That's very, very important, to keep that
14 level where it belongs in the mold.
15    Q    Casters know that?
16    A    Oh, that's Job 1, yes, they learn that
17 right away.
18    Q    In that type of leak out is that the kind
19 of leak out where a caster would have a chance to
20 stop the pour before an explosion?
21    A    Yes. He would have a chance to stop the
22 pour, but the normal solution to that is number
23 one, to stop it, and then you can -- let me back
24 up.