UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE SANDERS | : | CIVIL ACTION NO. |
| | : | 3:02 cv 498(AWT) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| FIRELINE, INC. | : | |
| | : | |
| Defendant. | : | JUNE 15, 2006 |

## DEFENDANT'S MOTION TO PRECLUDE EXPERT TESTIMONY

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Rules for the United States District Court for the District of Connecticut, the defendant, Fireline, Inc. ("Defendant"), respectfully requests that this Court issue an order precluding the plaintiff, Willie Sanders ("Plaintiff") from utilizing Michael Shanok as a liability expert in the case on the grounds that he is not qualified to render expert testimony in this case. Additionally, the Defendant moves to preclude Plaintiff from using any other liability experts in this case on the ground that the time for the Plaintiff to disclose his experts and produce expert reports has passed, and preclusion is warranted pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure.

A Memorandum of Law in support of this Motion is attached hereto.

THE DEFENDANT
FIRELINE, INC.

By_____

    Mark B. Seiger, Esq.
    Fed. Bar No. ct 05580
    Charles F. Gfeiler, Esq.
    Fed. Bar No. ct 18119
    EDWARDS ANGELL PALMER
    & DODGE, LLP
    90 State House Square
    Hartford, Connecticut 06103
    Phone: (860) 525-5065
    Fax: (860) 527-4198

- 2 -

## CERTIFICATION

This is to certify that on the 15th day of June, 2006, a copy of the foregoing has been mailed via certified mail, postage prepaid, to the following:

Robert J. Sweeney, Esq.
Early, Ludwick & Sweeney
One Century Tower
265 Church Street, 11th Floor
PO Box 1866
New Haven, CT 06508


Timothy D. Ward, Esq.
McGann, Bartlett & Brown
281 Hartford Turnpike # 401
Vernon, CT 06066

Charles F. Gfeller

HFD_164954_1/CGFELLER