# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

COPY

* * * * * * * * * * * * * * * *

WILLIE SANDERS,                     *

                PLAINTIFF,    *
                                     CIVIL NO.
        VS                  *   3:02 CV 498 (WWE)

FIRELINE, INC.                      *

                DEFENDANT.    *

* * * * * * * * * * * * * * * *

    DEPOSITION OF WILLIE SANDERS, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of EDWARDS & ANGELL, 90 State House Square, Hartford, Connecticut, before Carol J. Beecher, a Registered Professional Reporter and Notary Public in and for the State of Connecticut on TUESDAY, APRIL 8, 2003 AT 10:10 A.M.

BEECHER & HORVATH
73 MILLBROOK ROAD
NORTH HAVEN, CT. 06473
(203) 230-0010
FAX (203) 281-3429

2

```
 1     APPEARANCES:
 2     FOR THE PLAINTIFF:
 3
           ROBERT J. SWEENEY, ESQUIRE
 4         EARLY, LUDWICK & SWEENEY
           P.O. Box 1866
 5         265 Church Street - 11th Floor
           New Haven, Connecticut  06508
 6     BY: ROBERT J. SWEENEY, ESQUIRE

 7
       FOR THE DEFENDANT:
 8
           EDWARDS & ANGELL
 9         90 State House Square
           9th Floor
10         Hartford, Connecticut  06103
       BY: CHARLES F. GFELLER, ESQUIRE
11

12

13     FOR THE INTERVENING EMPLOYER,
       ANSONIA COPPER & BRASS:
14
           MC GANN, BARTLETT & BROWN
15         281 Hartford Turnpike
           No. 401
16         Vernon, Connecticut  06606
       BY: TIMOTHY D. WARD, ESQUIRE
17                                  (Not Present)

18

19

20

21

22

23

24
```

BEECHER & HORVATH

77

1   the flow of the metal. What happens, the metal
2   runs over into the bath of the water. When hot
3   metal runs into water, you better be somewhere
4   else.
5      Q   What happens when hot metal runs into
6   water?
7      A   It's like a grenade going off. It blows
8   everything in sight.
9           MR. SWEENEY: That's what happened
10  to you here, right?
11     A   Yeah.
12     Q   Okay. The pin, is the pin attached to
13  the cup when it's in use or is it attached to the
14  down cast?
15     A   It actually -- it ain't attached to
16  nothing. It screws -- at that time it screws up
17  and down. It sets on a rod that goes into the
18  running box and up. It screws up, screws down.
19     Q   What's the running box because I don't
20  think we talked about that earlier?
21     A   Running box is what you call a T-box.
22  It's shaped like a T. It got holes here and here.
23  These holes line up under the mold with the cups.
24     Q   Okay.