**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE SANDERS | : | CIVIL ACTION NO. |
| | | 3:02 CV 498 (WWE) |
| Plaintiff | : | |
| V. | : | |
| FIRELINE, INC. | : | |
| Defendant | : | DECEMBER 30, 2002 |

### PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

The plaintiff, Willie Sanders, makes the following disclosure of expert witnesses:

The plaintiff will call as expert witnesses all of his treating physicians. Specifically, the plaintiff will call:

1. Ken Yanagisawa, M.D., F.A.C.S., LLC
   Southern New England Ear, Nose, Throat
   98 York Street
   New Haven, CT 06511

Dr. Yanagisawa will testify in accordance with the medical records previously disclosed to defense counsel.

2. Walter E. Pleban, M.D.
   1817 Black Rock Turnpike, #6
   Fairfield, CT 06432

Dr. Pleban will testify in accordance with the medical records previously disclosed to

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s

defense counsel.

3. The plaintiff will call as expert witnesses any and all healthcare providers set forth in the records and reports of Bridgeport Hospital.

4. Michael Shanok, P.E.
   Forensic Engineering, PC
   100 Hinman Street
   Cheshire, CT 06410

Mr. Shanok will testify concerning his examination of a mold/cup which is the subject of this lawsuit. He will testify concerning the crack or cracks which the mold/cup developed. He will testify as to how these crack(s) contributed to the events which resulted in the plaintiff's injuries. He will testify that the mold/cup was not adequate and safe for its intended use and was defectively designed and/or manufactured. He will further testify that any warnings and instructions for the use of the mold/cup were defective.

The plaintiff reserves the right to supplement his list of expert witnesses as discovery proceeds.

THE PLAINTIFF

BY _____
Robert J. Sweeney
Fed. Bar No. ct06046
EARLY, LUDWICK & SWEENEY, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first-class, postage prepaid, to the following counsel of record this 30 day of December, 2002:

Mark B. Seiger, Esquire
Charles F. Gfeller
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

Timothy D. Ward
McGann, Bartlett & Brown
281 Hartford Turnpike #401
Vernon, CT 06606

_____
Robert J. Sweeney