**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WILLIE SANDERS,                       \*

              PLAINTIFF,   \*
                                Civil Action
       VS                     \* No. 3:02 CV 498 (JBA)

FIRELINE, INC.                        \*

              DEFENDANT.   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*       VOLUME II

CONTINUED DEPOSITION OF MICHAEL SHANOK, P.E., taken
pursuant to the Federal Rules of Civil Procedure,
at the Law Offices of EDWARDS & ANGELL, 90 State
House Square, Hartford, Connecticut, before
Carol J. Beecher, a Registered Professional
Reporter and Notary Public in and for the State
of Connecticut on MONDAY, APRIL 12, 2004 AT
10:00 A.M.

BEECHER & HORVATH
73 MILLBROOK ROAD
NORTH HAVEN, CT. 06473
(203) 230-0010
FAX (203) 281-3429

```
 1        APPEARANCES:
 2
          FOR THE PLAINTIFF:
 3
              EARLY, LUDWICK & SWEENEY
 4            P.O. Box 1866
              265 Church Street - 11th Floor
 5            New Haven, Connecticut  06508-1866
          BY: ROBERT J. SWEENEY, ESQUIRE
 6

 7
          FOR THE DEFENDANT:
 8
              EDWARDS & ANGELL
 9            90 State House Square - 9th Floor
              Hartford, Connecticut  06103
10        BY: MARK B. SEIGER, ESQUIRE
          BY: CHARLES F. GFELLER, ESQUIRE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

100

1   identify all opinions that you believe are not
2   final.
3       A    The opinions which cannot be finalized,
4   and I don't need to take you page by page, but
5   direct you to page 14, opinions -- paragraph 9-A
6   through E.
7       Q    So, what you're telling us now is those
8   opinions are not finalized?
9       A    Well, there are a number of -- I say here
10  that I'm of the opinion the failure occurred as a
11  result of one or more of the following defects, the
12  manufacture or design, and without further
13  information which will be produced at the time that
14  Fireline's expert produces his or her report, I
15  don't have a final opinion as to which one or more
16  of those possible defect causes is going to be my
17  final opinion.
18      Q    If any?
19      A    If any.
20      Q    So, at this point you really have no
21  final opinion in this case?
22      A    That's not true.
23      Q    Okay. Let's find out what final opinions
24  you do have in the case.

BEECHER & HORVATH

1       here as to the cause of the failure of the pour
2       cup, correct?
3            A    Yes.
4            Q    You haven't gone about developing any
5       tests or actually following through on any tests to
6       validate your hypothesis one way or the other,
7       isn't that correct?
8            A    Yes.
9            Q    And if you wanted to develop testing, and
10      you seem to indicate in paragraph 9 of your report
11      on page 14 that you could actually go about doing
12      that because you specifically write, "Analysis of
13      the particular cause of failure would require
14      extensive examination and testing of a large number
15      of other pour cups which have cracked in the same
16      manner."
17               So, you recognize that you could develop
18      the appropriate test to go back and try to validate
19      through scientific methodology your hypotheses
20      which appear in 9-A through E?
21           A    Yes.
22           Q    Yet you've never done that?
23           A    That's right.
24           Q    So, as you sit here today, you can't
BEECHER & HORVATH

1  offer a specific cause of the failure of the pour
2  cup that Mr. Sanders was using on February 23 of
3  1999; is that correct?
4      A   I can't -- I cannot offer a specific
5  cause of its failure.
6      Q   Okay.  And in fact, you can't as you're
7  sitting here today offer a specific cause of the
8  exemplar that's been marked as Exhibit 6 for
9  identification, the cracks that appear in that; is
10 that correct?
11     A   Yes.
12     Q   Now, in paragraph 9, and this is the
13 paragraph that you've pointed to, as containing
14 opinions that aren't really finalized yet; is that
15 correct?
16         MR. SWEENEY:  Object to the form.
17     Q   Let me ask you:  Are your opinions in
18 paragraph 9 finalized?
19     A   At this point I cannot call them final
20 opinions.
21     Q   Then why am I deposing you if they're not
22 finalized?
23         MR. SWEENEY:  Objection.
24 Argumentative.

BEECHER & HORVATH

1                MR. SEIGER:  I'm just trying to
2        understand.
3
4    BY MR. SEIGER:
5        Q    You've been disclosed as an expert who's
6    going to render these opinions in court, correct?
7        A    Yes.
8        Q    You're aware of that?
9        A    Yes.
10       Q    And these opinions that are contained in
11   paragraph 9 are in the expert disclosure in this
12   matter?
13       A    Yes.
14       Q    So, you've been identified as an expert
15   that's going to take the stand, raise your right
16   hand and swear under oath that these are your
17   opinions?
18       A    Yes.
19       Q    And you're sitting here now under oath
20   telling me that these opinions aren't finalized; is
21   that correct?
22       A    With respect to the perspective causes of
23   the failure, at this time it would be wrong for me
24   to say they're final opinions.

113

```
 1         Q    So, you would be unable at this point to
 2    go into court, raise your right hand in front of
 3    the judge, Judge Thompson, and render these
 4    opinions to him as the cause?
 5         A    Oh, I'd have no problem rendering him the
 6    opinion that one or more of these items is one of
 7    the causes.
 8         Q    Is one of the causes.  One or more of
 9    them, but you don't know which one?
10         A    As I sit here, I can't tell you.
11         Q    So, you don't know whether the opinion in
12    paragraph 9-A was the cause of the failure of the
13    pour cup that Mr. Sanders was using on February 23
14    of 1999; is that correct?
15         A    That's correct.
16         Q    And why don't we just read -- I'm going
17    to read for the record 9-A.  9-A reads, "The pour
18    holes at the bottom of the cup are too large
19    thereby causing the material between them to be
20    inadequate in volume and strength to withstand the
21    temperatures and forces to which they are subjected
22    during use."
23              That's what you wrote, correct?
24         A    Yes.
```

BEECHER & HORVATH