UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS | : CIVIL NO. 3:02 CV 498 (AWT) |
|     Plaintiff | : |
| V. | : |
| FIRELINE, INC. | : |
|     Defendant | : JUNE 29, 2006 |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff, Willie Sanders ("Plaintiff") and defendant, Fireline, Inc. ("Defendant") by and through their undersigned counsel, hereby jointly move for Modification of the Scheduling Order. The reason for this request is that certain fact depositions have been more difficult and time consuming to schedule than had been anticipated. Expert discovery has been completed.

Plaintiff and Defendant request the following schedule:

(1) August 31, 2006: all discovery, including depositions of fact witnesses for all parties, to be completed (former date was April 1, 2006)

(2) September 30, 2006: Daubert and Dispositive Motions to be filed (former date was June 15, 2006)

(3) November 15, 2006: Responses to Daubert and Dispositive Motions to be filed (former date June 1, 2006)

(4)  November 30, 2006:  Reply Briefs regarding Daubert and Dispositive Motions to be filed
(former date June 15, 2006)

(5)  December 15, 2006:  Joint Trial Memorandum to be filed
(former date July 15, 2006)

(6)  January 15, 2007:  The case will be ready for trial within 90 days of the Court's ruling on Daubert and/or Dispositive Motions or by January 15, 2007
(former date August 1, 2006)

Wherefore, the plaintiff and defendant respectfully request that the Court grant their Joint Motion for Modification of Scheduling Order, as outlined above.

THE PLAINTIFF

BY _____
Robert J. Sweeney
Fed. Bar No. ct06046
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799
Fax: (203) 785-1671

THE DEFENDANT

BY _____
Charles F. Gfeller
Fed. Bar No. ct18119
Edwards, Angell, Palmer & Dodge, LLP
90 State House Square
Hartford, CT 06103
(860) 541-7763
Fax: (860) 527-4198