UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE SANDERS | : | CIVIL NO. 3:02 CV 498 (WWE) |
|     Plaintiff | : | |
| V. | : | |
| FIRELINE, INC. | : | |
|     Defendant | : | JULY 11, 2006 |

**OBJECTION TO DEPOSITION OF KEEPER OF THE RECORDS**

    The intervening plaintiff, Ansonia Copper & Brass, hereby objects to the deposition notice of June 26, 2006. The intervening plaintiff has produced any and all records concerning the incident itself. Attached is a copy of Attorney Brennan's letter of June 21, 2006 and a copy of the records. The defendant further requests all and any records or written materials or documents of any type concerning the relationship between Fireline, Inc. and Ansonia Copper & Brass from 1993 to 2002. Said request is overly broad and unduly burdensome and does not specify what type of records the plaintiff is looking for in order to pursue its claim. The request is simply a records sweep for ten years worth of records, which is not specified in any fashion other than by date or any indication as to how it is related to the case.

WHEREFORE, the intervening plaintiff hereby moves for a protective order regarding the aforementioned deposition, specifically the ten years worth of records that have been requested.

                                        INTERVENING PLAINTIFF

                                        By_____
                                        Timothy D. Ward
                                        McGann, Bartlett & Brown
                                        111 Founders Plaza, Suite 1201
                                        East Hartford, CT 06108
                                        (860) 282-4670
                                        Juris No. 102394
                                        Federal Bar No. 03862
                                        Email:tdw@mcgannbartlettbrown.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and non-appearing parties of record on this 11th day of July, 2006, as follows:

      Mark B. Seiger, Esquire
      Edwards, Angell, Palmer & Dodge, LLP
      90 State House Square
      Hartford, CT 06103
      Phone: 860-525-5065
      Fax: 860-527-4198

      Robert J. Sweeney, Esquire
      Early, Ludwick, Sweeney & Strauss
      One Century Tower, 11th Floor
      265 Church Street
      P.O. Box 1866
      New Haven, CT 06508-1866
      Phone: 203-777-7799
      Fax: 203-785-1671

By_____
Timothy D. Ward
McGann, Bartlett & Brown

TDW/dmw