Law Offices of
# McGann, Bartlett & Brown, LLC
111 Founders Plaza, Suite 1201
East Hartford, CT 06108
Phone: (860) 282-4670
Fax: (860) 282-4677

Robert D. McGann, Retired
Richard S. Bartlett
William C. Brown
Jonathan F. Reik
Robert J. Enright
David C. Davis
Timothy D. Ward

+Diane D. Duhamel
Erik S. Bartlett
Jennifer A. Hock
*Lawrence R. Pellett
*Michael M. Buonopane
Terrance M. Brennan

*Board Certified Workers' Compensation Specialist
+Also Admitted in New Hampshire and Massachusetts

June 21, 2006

Robert J. Sweeney, Esq.
Early, Ludwick, Sweeney & Strauss
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866

      Re:    Willie Sanders v. Fireline, Inc.
                  Intervening Plaintiff: Ansonia Copper & Brass

Dear Attorney Sweeney:

      In response to your Notice of Deposition of my client, Ansonia Copper & Brass, enclosed please find a copy of the full compliment of documentations from Ansonia Copper & Brass that pertains to the subject lawsuit.  By continuing my efforts to determine whether additional documentation exist the attached correspondence are the full extent of known documentation.

      Should you have any questions or concerns, please do not hesitate to contact me.

                                  Very truly yours,

                                  Terrance M. Brennan
                                  Dictated but not read

TMB/lmh
Enclosure
cc:    Charles F. Gfeller, Esq.
       Edwards, Angell, Palmer & Dodge, LLP
       90 State House Square
       Hartford, CT 06103

       Craig/is Ltd. – Tim Dwyer

# ANSONIA COPPER & BRASS, INC
## SUPERVISORS ACCIDENT INVESTIGATION REPORT

FIRST AID # _____    OSHA RECORDABLE # _____

### IDENTIFICATION

Date/Day of Accident __2-23-99__   Date of Report __2-23-99__   Date Reported __2/23/99__

Time __9-9:20__   Shift __1ST__   Original Rpt __✓__   Amended Rpt ____   Supervisor __E. Rush__   Department __Casting__

Employee Involved __Willie Sanders__   Position at time of accident __Caster__

Position __Caster__

Length of Employment __18+ yrs__   Time at Job at Time of Accident __Same__   How much overtime in past week? __None__

Witnesses __None__   Investigator __E. Rush__

### INCIDENT

Type:   Injury __✓__   Illness ____   Near miss ____   Property damage ____   Other ____

Recordability:   First Aid ____   Medical __✓__   Unknown at this time ____

Nature of injury (i.e. burn, laceration, sprain) __Burn from explosion__   Part of Body __Face, Arms, Knee area__

Type of Accident (i.e. material handling, struck by/against, caught in/on/between, fall, slip,, contact hot substance, over extension). __Contact hot substance__

Description/location of Accident, Equipment involved __An explosion of molten metal coming in contact with water at #4 casting station. The billets leaked at 100" of the pour going into the tank of water.__

Comments: __A check of the equipment show a pouring rate of 4" per min. I was unable to talk to injured caster for my investigation.__

### ANALYSIS

**Unsafe Conditions**
___ 1. Poor housekeeping, spills, congested area.
___ 2. Defective/ inadeq. equipment, tools, materials through use/design.
___ 3. Inadequate guarding, barriers, warning system.
___ 4. Inadequate PPE.
___ 5. Poor lighting.
___ 6. Inadequate layout/arrangement of equip., materials, work station.
___ 7. Inadequate ventilation.
___ 8. Poor floor level.
___ 9. Fire/explosion hazard.
___ 10. Gases, dusts, fumes, vapors, smoke exposure.
___ 11. Safety devices inoperable.

**Unsafe Acts**
___ 1. Failure to follow safety rules and regs.
___ 2. Failure to follow work/job procedures.
___ 3. Failure to follow instructions.
___ 4. Using equip/tools improperly, too fast.
___ 5. Using the wrong /substitute equipment/tools.
___ 6. PPE not used/improperly used.
___ 7. Using defective equipment /tools.
___ 8. Horseplay.
___ 9. Leaving spills/poor housekeeping.
___ 10. Operating equip without authority.
___ 11. Failure to warn.

OVER

RECEIVED FEB 24 1999

___ 12. Failure to recognize/report unsafe condition.
___ 13. Other _____
_✓_ 14. No unsafe condition.

### MISCELLANEOUS

___ 1. Struck by/against
___ 2. Caught btwn/under/over

### SUPERVISION AT TIME OF ACCIDENT

___ Directly supervised      ___ Not supervised
___ Indirectly supervised   _✓_ Supervision not feasible

___ 12. Safety devices— making inoperable or removing.
___ 13. Improper lifting/material handling, pushing or pulling.
___ 14. Influence of alcohol and drugs.
___ 15. Failure to recognize unsafe act.
___ 16. Servicing equip. in operation or dangerous condition.
___ 17. Unsafe posture.
___ 18. Using hands/body instead of tools\equip.
___ 19. Unsafe job procedure/too difficult
___ 20. Other _____
_✓_ 21. No unsafe act.

### UNDERLYING CAUSES/FAILURES

___ 1. Ineffective rules and regulations.
___ 2. Inadequate/unsafe job procedure.
___ 3. Inadequate maintenance.
___ 4. Inadequate enforcement of safety rules/regulations.
___ 5. Physical/mental condition - (ie. hernia, muscular weakness)
___ 6. Stress
___ 7. Ineffective/no safety training.
___ 8. Lack of communication between necessary personnel.
___ 9. Unsafe condition reported but not corrected.
___ 10. Ineffective job training.
___ 11. Inadequate/no inspection program.
___ 12. Inadequate job safety analysis.
___ 13. Lack of knowledge/skill about job safety procedure
___ 14. Poor attitude/motivation.
___ 15. Fatigue.
_✓_ 16. Other Unknown at this time
~~17.~~ No underlying cause/failure.

### CONTROL

Recommended Corrective Action: _____

Action Taken                                        Responsible Person    Completion Date
_____

Employee Signature _____                           Date _____
Supervisor Signature _Edward L Bush_                Date _2/23/99_
Safety Manager Signature _____                     Date _____

Distribution: Supervisor - Safety - Medical Dept.

EBT 2/26/99

# WORKERS' COMPENSATION COMMISSION OF CONNECTICUT
## EMPLOYER'S FIRST REPORT OF OCCUPATIONAL INJURY OR DISEASE
*(Please type or print in ink.)*

**INSURER FILE NO.**

**EMPLOYER FILE NO.**

**EMPLOYER'S CONNECTICUT REGISTRATION NO. (CRN)**

**4. WCC FILE NO.** OSHA 12-99

**5. REASON FOR REPORT** (Check all that apply.)
- ☐ LOST TIME (One or more days)
- ☐ MEDICAL/HEALTH CARE
- ☐ OCCUPATIONAL DISEASE (Note Item 41 below.)
- ☐ CORRECT PRIOR REPORT

## EMPLOYER INFORMATION

**EMPLOYER NAME:** ANSONIA COPPER & BRASS, INC.
**EMPLOYER MAILING ADDRESS (Including Town):** 75 Liberty Street, Ansonia, CT 06401
**TELEPHONE NO.:** (203) 732-6670
**LOCATION IF DIFFERENT FROM MAILING ADDRESS:**
**NATURE OF BUSINESS:** Manufacturing
**NAME OF WC INSURER:** EBI COMPANIES, 74 SCOTT SWAMP ROAD, FARMINGTON, CT 06032-2617
**POLICY NO.:**

## EMPLOYEE INFORMATION

| 12. LAST NAME | FIRST NAME | MI | 13. SOCIAL SECURITY NO. |
|---|---|---|---|
| Sanders | Willie | | 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 |

**14. ADDRESS (No. and Street):** 21 Kossuth Street
**15. CITY:** New Haven  **STATE:** CT  **ZIP:** 06519
**16. HOME PHONE:** 1-203-776-9998
**17. DATE OF BIRTH:** 2/7/55
**18. AGE:**
**19. SEX:** ☑ Male ☐ Female
**20. OCCUPATION:** Caster
**21A. DEPARTMENT NAME:** Casting
**21B. DEPARTMENT CODE NO.:** 23
**22. DATE OF HIRE:** 6/96
**23. DATE CURRENT DUTIES BEGAN:**
**24. WEEKLY WAGE AT TIME OF INJURY:**
**AOPD?** ☐ Yes ☐ No

## INJURY OR EXPOSURE INFORMATION

**25A. DATE OF INJ.:** 1/23/99
**25B. TIME OF INJ.:** 915 ☑ AM ☐ PM
**26. DID INJURY OR EXPOSURE OCCUR ON EMPLOYER'S PREMISES SHOWN ABOVE?** ☑ Yes ☐ No
**27. IF NO, PLACE WHERE INJURY OR EXPOSURE OCCURRED (Including Town):**

**28. DESCRIBE THE EVENTS WHICH RESULTED IN THE INJURY OR DISEASE:**
Employee was pouring molten metal into a billet. The billet leaked into a cooling tank of water, thereby causing an explosion.

**NPSTA:**

**29. NAME THE OBJECT, SUBSTANCE, OR EXPOSURE WHICH DIRECTLY BROUGHT ABOUT THE INJURY OR DISEASE:**
Molten Metal & Water

**30. DESCRIBE THE INJURY OR DISEASE AND INDICATE PART OF BODY AFFECTED:**
2° Burns face & upper body / Smoke Inhalation / Head Trauma

**31. PHYSICIAN (Name and Address):**
**TELEPHONE NO.:** ( )

**32.** ☐ FIRST AID  ☑ HOSPITAL  ☑ EMERG. RM  ☐ OUT-PATIENT

**33. HOSPITAL (Name and Address):** Bridgeport ER & Burn Unit

**34. DATE EMPLOYER NOTIFIED:** 2/23/99
**35. TIME EMPLOYEE'S WORKDAY BEGAN:** 7 ☑ AM ☐ PM
**36. DID EMPLOYEE LOSE ONE OR MORE DAYS WORK?** ☐ Yes ☐ No
**37. EXTENT OF ACCIDENT/HEALTH AND LIFE INSURANCE COVERAGE FOR EMPLOYEE:**

**38. DATE INCAPACITY BEGAN:**
**39. HAS EMPLOYEE RETURNED TO WORK?** ☐ Yes ☑ No  **IF YES, GIVE DATE:**
**40. DID EMP. DIE?** ☐ Yes ☑ No  **IF YES, GIVE DATE:**
**41. FOR OCCUPATIONAL DISEASE: DATE OF LAST EXPOSURE | DATE OF DIAGNOSIS AS OCCUPATIONALLY RELATED**

## PREPARER INFORMATION

**PREPARER'S NAME AND TITLE (Type or Print):** MARGARET IANNONE RN
**SIGNATURE:** Margaret Iannone RN
**DATE:** 2/23/99

## FOR EBI COMPANY USE ONLY

| CLAIM NO. | CO. NO. | CLASS CODE | DATE RECEIVED | INJ. TYPE | LOCATION | ACCID. TYPE | ADJ. CODE | LOSS COV | EXT. OF INJ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

5115-0 (4/92)   PT 1 & 2 – EBI COPY   WORKERS' COMPENSATION COMMISSION  PT 3 – WORKERS' COMP. COMMISSION COPY   PT 4 – INSURED COPY

Faxed EBI 2/26/99

# WORKERS' COMPENSATION COMMISSION OF CONNECTICUT
## EMPLOYER'S FIRST REPORT OF OCCUPATIONAL INJURY OR DISEASE
*(Please type or print in ink.)*

| Field | Value |
|---|---|
| 1. INSURER FILE NO. | |
| 2. EMPLOYER FILE NO. | |
| 3. EMPLOYER'S CONNECTICUT REGISTRATION NO. (CRN) | |
| 4. WCC FILE NO. | OSHA 53-99 |
| 5. REASON FOR REPORT (Check all that apply.) | ☐ LOST TIME (One or more days) ATF ☑ MEDICAL/HEALTH CARE ☑ OCCUPATIONAL DISEASE (Note Item #1 below) ☐ CORRECT PRIOR REPORT 2/99 |

### EMPLOYER INFORMATION
- 6. EMPLOYER NAME: Ansonia Copper & Brass
- 7. EMPLOYER MAILING ADDRESS: 75 Liberty Street, Ansonia, CT 06401
- TELEPHONE NO.: (203) 732-6670
- 8. LOCATION IF DIFFERENT FROM MAILING ADDRESS:
- 9. NATURE OF BUSINESS:
- 10. NAME OF WC INSURER: EBI COMPANIES, 74 SCOTT SWAMP ROAD, FARMINGTON, CT 06032-2817
- 11. POLICY NO.:

### EMPLOYEE INFORMATION
- 12. LAST NAME: Sanders | FIRST NAME: Willie | MI:
- 13. SOCIAL SECURITY NO.: 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
- 14. ADDRESS: 21 Kossuth Street
- 15. CITY: New Haven | STATE: CT | ZIP: 06519
- 16. HOME PHONE: 1-203-776-8998
- 17. DATE OF BIRTH: 2/7/55
- 18. AGE: 44
- 19. SEX: ☑ Male ☐ Female
- 20. OCCUPATION: Caster
- 21A. DEPARTMENT NAME: Casting
- 21B. DEPARTMENT CODE NO.: 23
- 22. DATE OF HIRE: 6/96
- 23. DATE CURRENT DUTIES BEGAN:
- 24. WEEKLY WAGE AT TIME OF INJURY:
- AOPD? ☐ Yes ☐ No

### INJURY OR EXPOSURE INFORMATION
- 25A. DATE OF INJ.: 4/99
- 25B. TIME OF INJ.: ☐ AM ☐ PM
- 26. DID INJURY OR EXPOSURE OCCUR ON EMPLOYER'S PREMISES SHOWN ABOVE? ☑ Yes ☐ No
- 27. IF NO, PLACE WHERE INJURY OR EXPOSURE OCCURRED:

28. DESCRIBE THE EVENTS WHICH RESULTED IN THE INJURY OR DISEASE:

Hearing Loss - OSHA

29. NAME THE OBJECT, SUBSTANCE, OR EXPOSURE WHICH DIRECTLY BROUGHT ABOUT THE INJURY OR DISEASE:

S/P Explosion 2/23/99

30. DESCRIBE THE INJURY OR DISEASE AND INDICATE PART OF BODY AFFECTED:

Hearing Loss - OSHA 200

- 31. PHYSICIAN (Name and Address):
- TELEPHONE NO.: ( )
- 32. FIRST AID / HOSPITAL / EMERG. RM / OUT-PATIENT
- 33. HOSPITAL (Name and Address):
- 34. DATE EMPLOYER NOTIFIED:
- 35. TIME EMPLOYEE'S WORKDAY BEGAN: 7 ☑ AM ☐ PM
- 36. DID EMPLOYEE LOSE ONE OR MORE DAYS WORK? ☐ Yes ☑ No
- 37. EXTENT OF ACCIDENT/HEALTH AND LIFE INSURANCE COVERAGE FOR EMPLOYEE:
- 38. DATE INCAPACITY BEGAN:
- 39. HAS EMPLOYEE RETURNED TO WORK? ☑ Yes
- 40. DID EMP. DIE? ☐ Yes ☑ No
- 41. FOR OCCUPATIONAL DISEASE: DATE OF LAST EXPOSURE | DATE OF DIAGNOSIS AS OCCUPATIONALLY RELATED

### PREPARER INFORMATION
- 42. PREPARER'S NAME AND TITLE: MARGARET IANNONE
- SIGNATURE: Margaret Iannone
- DATE: 8/23/99

### FOR EBI COMPANY USE ONLY
| CLAIM NO. | CO. NO. | CLASS CODE | DATE RECEIVED | INJ. TYPE | LOCATION | ACCID. TYPE | ADJ. CODE | LOSS COV. | EXT./RIL. |

EB6115-0 (4/92)

PT 1 & 2 - EBI COPY | PT 3 - WORKERS' COMP. COMMISSION COPY | PT 4 - INSURED COPY

CBT 11/23/99  Joe McTitch

## NURSE REFERRAL FORM

Claimant: Sanders, Willie

Address: 21 Kossuth Street
New Haven, CT 06519

Phone: 203-776-9998

DOB: 02-07-55

SS#: 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

Occupation: Caster

Treating MD: Walter E. Pleban, M.D.

Address: 50 Ridgefield Avenue, Suite 215
Bridgeport, CT 06610

Phone: 203-368-4599

Fax:

Injured Body Part: burns face, upper body, bilateral lower extremities, smoke inhalation

Reason for referral: head trauma

Date of Referral: 02-23-99

Date Received: 03-08-99

Claim Rep: Joe M.   #14

AP:

AM:

Claim #: pending

Employer: Ansonia Copper + Brass

Employer Address: 75 Liberty Street
Ansonia, CT 06401

Contact: Margaret Iannone, RN

Phone:

Fax:

Date of Injury: 02-23-99

Date of Hire: 06-96

ATTORNEY:

# Ansonia Copper & Brass

**Accident Review Notes:**

2/23/99 Accident Willie Sanders 9:30 am Casting Shop #4 Furnace. ( see report)
2/23/99 Gave Accident report to Craig S. and Joe Walsh   (modifications attached)
2/24/99 Ed Rush Accident Report Submitted              (attached)

2/24/99 OSHA Investigation Site Review
OSHA Officials Reviewed the facility and area of accident. A review of safety programs was included into the assessment. OSHA official's asked for copies of safety programs:

1. **Ansonia Copper & Brass Safety Introduction Policy**

2. **Forklift Program**

3. **Sling Program**

4. **Lockout Tagout Policy**

5. **Overhead Crane Inspection List for Rod and Casting**

6. **Casting Air Result For 1998**

7. **Respiratory Program**

8. **Cad and Lead Program**

2/26/99 OSHA Compliance Audit and Interviews.
The two officials reviewed the process of casting operation with Craig S. prior to the start of the investigation of that day. OSHA official's interview Joe Walsh at 2:30 PM. The review was conducted by the two officials. Joe reported in the review this statement:

Willie Sanders was completing a pour which was assigned to Becir Vinca who was called to the nurse's office for an appointment. Joe mentioned that this is a common practice in the case of shift changes or some other type of employee change. Joe W. was talking to Alvin Hill when the explosion happened. Joe W. was 10 feet away from the #4 furnace. Joe W. then went to look for Willie in the smoke. Then Jim Lindsey arrived on the scene. Joe asked Jim to locate Willie. At that point Joe tilted the furnace back to stop the pour. Joe noticed that there was cooling water coming out of the exhaust so he stopped the down cast. Joe noticed the running box was flipped over. Joe asked Jack Hill to check the furnace and Joe went to check on Willie. Willie was located in the old foremen locker room. Willie was sitting on the bench with Tony Parente.

Willie had a shirt, pants, spats, boots on while he was being cared for. Willie was slow acting to respond to questions. Joe W. administered first aid until the nurse arrived. Joe W. notice that Willie's injuries consisted of Right eye brow was burned (2) two marks; Right side of the face had red color; Right front of neck had burns; Both knees were bruised. The maintenance people performed the work on the furnace. Engineering department reviewed the equipment's hydraulics, leaks, platen at that point there was no leaks or problems with the down feed speed.

The next day on the 24th of February the furnace was put back into service and utilized for pours. Joe Visually saw Willie utilizing his PPE face shield, safety glasses, hard hat, respirator, jacket, gloves.

OSHA officials asked about training and when does an operator perform his own pour. Joe W. replied that it takes several months before any operator is qualified to perform a pour. The operator will go through a series of team work style training before the actual pour. The operator will work with the Forman and fellow experience employees as a on the job training. If the new employee does not accomplish the understanding of the process or if the supervisor or veteran employee feels that this individual is not qualified they do not get the job. The employee will be assigned to another job or terminated.

OSHA official's asked Joe about the companies policy for discipline actions against employees. Joe W. mentioned that he had recently given out 4 notices to employees on safety issues. The company has a set policy that consists of point ratings that each employee is subject too. This program has been established for a while and is supported by the supervisors and union.

OSHA will contact Ansonia Copper & Brass for there next visit this upcoming week of March 1, 1999.

PHOTO LOG:
1. OSHA official's utilized a 35 mm camera to obtain photo's. The photo's that were observed consist of:
2. Billets involved with the accident in the lining area.
3. Billets in the lining room both sides of the billets and leak out area.
4. Billet takeoff area
5. Billets take off table with product on it
6. Electrical box next to the meadard
7. Electrical panel near meadard
8. Mold of Willie's Accidents
9. Spray rings
10. furnace operation
11. furnace operation close up
12. furnace running box
13. furnace control panel
14. furnace posted instructions

15. Shaker table
16. Caster pouring

**ANSONIA COPPER & BRASS**
**75 Liberty Street Ansonia, CT 06401**

**ACCIDENT REPORT**

Date Of Report: February 23, 1999                               "DRAFT COPY"
Submitted By: Santo Manicone/ Safety Department
Date Of Accident: February 23, 1999
Time Of Accident: 9:20am

### Accident February 23, 1999

9:30am An explosion was reported by E. Rush and General Foremen J. Lindsey that the explosion was caused by a leak-out of molten metal material 1450 Tellurium/Copper into the water filled casting tank of #4 4 casting station. Willie Sanders was assigned to complete this pour initiated by Becir Vinca. The start up of the pour was uneventful. The explosion occurred after 100" of the expected 129" of billets had been casted. Mr. Sanders received burns on his face and neck. Faik Shabani contacted security via 500 extension at approximately 9:20 am. The ambulance arrived at approximately 9:30 am. Prior to being transported Mr. Sanders was treated by Margaret Iannone Company Nurse, Tony Parente and Joe Walsh. Mr. Sanders was sent to the Bridgeport Hospital Burn Center Unit.

| Employee | Location Of the Accident |
|---|---|
| Willie Sanders | Casting   #4 Furnace |

### Accident Review

**February 23, 1999**
9:30am   Safety Department reviews accident area and employees.

9:40am   Accident investigation, photos and employee debriefing begins. According to the area supervisors Jim Lindsey and Ed Rush. The #4 furnace was not showing any problems prior to the explosion. Willie Sanders was wearing all personnel protection gear (according to the supervisor Joe Walsh) while he was managing the furnace. The billets in review show that there was a leak out on the northwest side wall of the billet that flowed into the water. The two billets were removed and photos were taken for further identification and analysis.

**Employee Response**
Surrounding employee Faik Shabani contacted the security guards via 500 for medical assistance. AMR ambulance unit was the reacting response service.

**Further Action**
A full review of the emergency response and accident will be conducted when Willie Sanders is back to work. The billet molds & cups are being stored in a secure area for later review. I will contact Joe Walsh on the further review of the situation and employee assessment. Safety Department will conduct further review with EBI officials and accident investigation team. (see task list)

**Notes:**
EBI official reviewed the site on February 23, 1999 at 3:00pm. EBI Official spoke with Joe Walsh, Craig Schatzlein and Santo Manicone. The EBI Official reviewed the casting shop and observed all equipment used in the accident, the poured billet, and general working area.

Material Safety Data Sheets were faxed to Griffin Hospital and the Ambulance Company.

**Process Review**

1. Immediately after the explosion, J. Walsh went to the casting station to check on Mr. Sanders. Mr. Sanders had already left the scene. Mr. Walsh observed that the downcast was set at 4.15 inches per minute. He observed that there was water flowing from the exhaust on the molds. The oscillator was still operating. The running box was flipped over on top of the oscillator. J. Walsh stopped the downcast and oscillator and set the furnace back.

2. The billets, molds and spray rings all show no evidence of cooling water failure or malfunctions. This was reviewed by Joe Walsh and Craig Schatzlein.

3. It was noted that the helmet and attached face shield may have been blow off the employees head during the explosion. Both pieces were found behind the operators station. This assessment may indicate that the employee was too close to the molds during the explosion.

4. In review of the poor cups it was noted that both were destroyed during the explosion.

5. Engineering inspected #4 furnace casting station. The plated was removed to inspect hydraulic lines. No leaks were found. The platen was run up and down. No problems were found. The speed of the platen was checked and again no problems were found.

**INVESTIGATION ONGOING**