UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS | : CIVIL ACTION NO. |
| | : 3:02 cv 498 (AWT) |
| Plaintiff | : |
| | : |
| VS. | : |
| | : |
| FIRELINE, INC. | : |
| | : |
| Defendant | : November 15, 2006 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO PRECLUDE
PLAINTIFF'S EXPERT MICHAEL SHANOK**

The plaintiff, Willie Sanders, hereby objects to defendant's Motion to Preclude Plaintiff's expert, Michael Shanok, dated June 15, 2006. Defendant's motion should be denied because (1) Mr. Shanok is qualified to render expert testimony in this case based on his over forty years of engineering experience, nearly thirty years of experience serving as an engineering expert and accident reconstructionist and his experience serving as a plant engineer in a brass foundry and working with ceramic and fused silica products; (2) contrary to the defendant's claims, Mr. Shanok has set forth his "final" opinions concerning the defect in the pour cup; (3) Mr. Shanok's opinions regarding causation more than meet the standards set out by Fed. R. Evid. 702 and <u>Daubert v. Merrel Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993); and (4) Mr. Shanok's methodology in determining that the subject

pour cup was defective is sound and provides relevant and reliable conclusions based on recognized brass mill foundry practices, the OSHA regulations that govern safety in a brass mill foundry, and information that has been verified by the operators, first line supervisors and managers of the foundry. Accordingly, Defendant's motion should be denied.

In support hereof, Plaintiff submits the attached memorandum of law.

THE PLAINTIFF

BY: _____
Robert J. Sweeney
Early Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799
Fax (203) 785-1671
Fed Bar No. CT06046

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on November 15, 2006 to:

Mark Seiger
Charles Gfellar
Edwards Angell Palmer
& Dodge LLP
90 State House Square
Hartford, CT 06103

Timothy Ward
McGann, Bartlett & Brown
281 Hartford Turnpike #401
Vernon, CT 06066

Robert J. Sweeney