# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPY

------------------------------------x
WILLIE SANDERS,                     :

           Plaintiff          :

    VS                             : 3:02CV 498(JBA)

FIRELINE, INC.,                     :

           Defendant          :
------------------------------------x


Deposition of MICHAEL SHANOK, P.E., taken pursuant to the Rules of Practice held at the Law Offices of Edwards & Angell, LLP, 90 State House Square, Hartford, CT, before Debra A. Chasse, LSR, License No. 00055, a Notary Public in and for the State of Connecticut, on Monday, August 11, 2003, at 10:23 a.m.


BEECHER & HORVATH REPORTING ASSOCIATES
73 Millbrook Road
North Haven, CT 06473
(203) 230-0010

———— BEECHER & HORVATH ————

A P P E A R A N C E S:

THE LAW OFFICES OF EDWARDS & ANGELL, LLP
Attorneys for the Defendant
90 State House Square
Hartford, CT 06103
BY:  MARK B. SEIGER, Esquire


THE LAW OFFICES OF EARLY, LUDWICK, SWEENEY, LLC
Attorneys for the Plaintiff
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
BY:  ROBERT J. SWEENEY, Esquire


Also Present:  Robert A. Wimer

1  the refractory industry?
2  A  No.
3  Q  Have you ever done any specific scientific
4  studies with respect to pour cups similar to Exhibits 5
5  and 6 that are used in the refractory industry?
6  A  No.
7  Q  Have you ever worked for a manufacturer that
8  manufactures products similar to Exhibits 5 and 6 that
9  are used in a refractory industry?
10 A  The answer is yes, but, to be fair to you in
11 consultation, that did not involve the design or
12 manufacture of that product or a product like it.
13 Q  So it would be fair to say that you've never been
14 involved in the design or manufacture of a product
15 similar to what's been marked as Exhibits 5 and 6?
16 A  That's correct.  I'm not -- I'll have to say the
17 answer is I don't think so, I'm not sure.  I'd have to
18 see the specifications to know whether or not.
19 Q  Have you ever worked with fused silica before?
20 A  Yes.
21 Q  When and where?
22 A  I was plant engineer of a brass mill at the
23 Miller Company.
24 Q  What was your involvement with fused silica?

1  A   My involvement was in the -- simply in the
2  maintenance of the equipment that utilized fused silica
3  materials.
4  Q   Nothing more than that?
5  A   That's correct.
6  Q   So you've never done any designs of products
7  incorporating fused silica; correct?
8  A   That's correct.
9  Q   Before we go back to this area, I just want to go
10 through your client list that you provided to us.
11 Perhaps after we do that that might be a good point to
12 stop for lunch.
13          MR. SWEENEY:  You mean the deposition
14      testimony?
15          MR. SEIGER:  I'm assuming that that's a
16      client list.
17 Q   Mr. Shanok, you may or may not have it in front
18 of you.  Let me show you what I'm holding up.  Do you
19 have a copy of that in front of you?
20 A   I do now.
21 Q   That is contained, I believe, in Defendant's
22 Exhibit 2 for identification.
23 A   I believe you're right.
24 Q   What counsel handed you, does that appear to be

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WILLIE SANDERS,  \*

    PLAINTIFF,  \*

              Civil Action
    VS  \*  No. 3:02 CV 498 (JBA)

FIRELINE, INC.  \*

    DEFENDANT.  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   VOLUME II

CONTINUED DEPOSITION OF MICHAEL SHANOK, P.E., taken pursuant to the Federal Rules of Civil Procedure, at the Law Offices of EDWARDS & ANGELL, 90 State House Square, Hartford, Connecticut, before Carol J. Beecher, a Registered Professional Reporter and Notary Public in and for the State of Connecticut on MONDAY, APRIL 12, 2004 AT 10:00 A.M.

BEECHER & HORVATH
73 MILLBROOK ROAD
NORTH HAVEN, CT. 06473
(203) 230-0010
FAX (203) 281-3429

```
 1        APPEARANCES:
 2
    FOR THE PLAINTIFF:
 3
           EARLY, LUDWICK & SWEENEY
 4         P.O. Box 1866
           265 Church Street - 11th Floor
 5         New Haven, Connecticut   06508-1866
       BY: ROBERT J. SWEENEY, ESQUIRE
 6

 7
    FOR THE DEFENDANT:
 8
           EDWARDS & ANGELL
 9         90 State House Square - 9th Floor
           Hartford, Connecticut   06103
10     BY: MARK B. SEIGER, ESQUIRE
       BY: CHARLES F. GFELLER, ESQUIRE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1    and it was with that respect that I had
 2    involvement.
 3         Q    Did you design the specifications?
 4         A    I can't say that I designed the
 5    specifications.  I had a part in making up the
 6    specifications.
 7         Q    What part did you have?
 8         A    In just determining what the formula was
 9    for the liners of the -- in the furnaces and some
10    of the tools that got used with the furnaces.
11         Q    Were the liners made up of or composed of
12    fused silica?
13         A    They weren't 100 percent fused silica.
14    It was a recipe.
15         Q    Do you remember what went into that
16    recipe?
17         A    As I sit here, I can't remember the
18    formula for the product.
19         Q    Do you remember the processes that were
20    used to create the product?
21         A    I have a vague memory, yes.
22         Q    Did you participate in developing the
23    processes to develop the liners?
24         A    No.  Those existed before I got there.
```

1  Q    And how much time would you estimate you
2  spent at the Miller Company helping to develop the
3  formula for the liners?
4  A    In terms of developing the formula, I
5  don't want to -- I don't want to -- what's the word
6  I'm looking for -- to make it appear more than it
7  is.  This is merely looking at the requirements
8  for -- you know, the performance requirements and
9  looking at the various formulations which will meet
10 those formulations -- which will meet those
11 requirements and deciding which one to select and
12 then writing it up on a spec sheet.  I don't want
13 to give the impression that I was actually choosing
14 the percentages of what materials went in creating
15 the recipe.  I wasn't.  These are things that
16 are -- you know, it's like cookbook form.  You
17 determine what the need is, you look at which
18 material composition meets the need, and you
19 request that material composition.
20 Q    And then somebody actually has to go in
21 and develop the specific formula based upon the
22 materials that were specified?
23 A    Well, the formula is already developed.
24 Q    Okay.

1   A   And somebody just goes and mixes that
2   formula together and makes the castable material of
3   it.
4   Q   So, what you seem to be indicating is
5   there may be a change in suppliers of some of the
6   materials and you were looking at those different
7   manufacturers' specifications and saying this
8   manufacturer's specifications will fit the formula
9   that already exists, more or less?
10  A   Not necessarily.  There may have been a
11  change in suppliers, but most of the time that
12  wasn't the reason.
13  Q   What would be the reason most of the
14  time?
15  A   The reason is you're casting different
16  materials or problems you're developing with what
17  you're using, you have to go to something else.
18  Q   So, it would be fair to say that you did
19  not actually develop the formula itself?
20  A   Yes, it would be fair to say that.
21  Q   Have you ever actually developed a
22  formula that incorporated fused silica?
23  A   I can't remember whether it's yes or no,
24  but --

1       Q    As you sit here right now --
2       A    I never developed a formula for any of
3   that material.  Once again, I referred to handbooks
4   that gave that information.
5       Q    What handbooks?
6       A    Oh, I don't recall.
7       Q    Have you ever developed a process that
8   incorporated silica to create a fused silica
9   product?
10      A    No.
11      Q    Have you ever been at a plant where
12  silica was taken and turned into a fused silica
13  product?
14      A    In the process of creating a lining for a
15  furnace, you start off with the unfused material
16  and you build the liner, and then you fuse it.  So,
17  I've been involved to that extent, and it was
18  not -- once again, it was not 100 percent silica
19  that was used.
20      Q    And what was your involvement in those
21  liners, the actual processing of them?
22      A    Simply to monitor what was being done so
23  that it would happen correctly and that it would be
24  durable.

1   Q   Did you ever have hands-on experience of
2   taking the silica and fusing it?
3   A   No. That got done by other people.
4   Q   And have you ever actually ever designed
5   a product that was a fused silica product?
6   A   No.
7   Q   Did you ever do any testing of a fused
8   silica product, performance type testing?
9   A   No.
10  Q   Did you ever do any failure analysis of a
11  fused silica product?
12  A   Yes.
13  Q   How many times?
14  A   I have no idea. I don't remember how
15  many times, but any time the material cracked or
16  wore too fast, I looked into why it happened
17  because that had to do with the reliability and
18  maintainability of the equipment.
19  Q   So, this would have been the furnace at
20  the Miller Company --
21  A   Yes.
22  Q   -- that you're referring to?
23  A   Yes.
24  Q   And those were furnaces that included

1    fused silica as well as other materials?

2    A    Yes.

3    Q    How would you go about doing a failure

4    analysis of a furnace liner at Miller Company or

5    Miller Products?

6    A    Once the furnace was empty, we'd look at

7    the points of failure and just try and determine

8    what the operating conditions were, whether the

9    failure was related to operating parameters that

10   might not have been correct, whether there were

11   conditions in the material itself that were

12   improper, whether it was the whole formulation or

13   just one portion of the liner, things of that

14   nature, and look at the failure and try and

15   evaluate, you know, what initiated it and where it

16   initiated from.

17   Q    What I'm trying to understand is did you

18   do any actual testing to determine what the actual

19   cause of the failure was or would you just look at

20   the failure and come up with a hypothesis of what

21   the cause was?  And you recognize there's a

22   difference between those two?

23   A    Yes.

24   Q    Okay.  Is what you did at the Miller

1    Company, look at the failure and develop a
2    hypothesis based upon the information that you had?
3       A   I would say in most cases there was
4    little mystery to the cause of the failure.
5       Q   Please try to answer my question.  My
6    question is:  Did you look at the failure and come
7    up with a hypothesis or did you actually go in and
8    try to do testing to see if you could create the
9    same situation or the same failure?  Which one did
10   you do?
11      A   Well, we never did testing.
12      Q   Okay.  So, then it would be a hypothesis
13   that you would come up with?
14      A   No.  What happened is we'd find an
15   operating problem which was attributable to the
16   failure, correct the operating problem or if we had
17   to correct the material, and then go on from there.
18      Q   I'm still trying to understand.  I'm
19   still confused by your answer.
20          What you're telling me is there would be
21   a failure in one of these furnaces, you would look
22   at that failure, you would then say we believe the
23   failure was caused by X or Y, and that would be the
24   determination, correct?

55

```
 1        A    It's not as simple as that, no.
 2        Q    Well, did you go back when you saw a
 3   failure and try and recreate the situation so that
 4   you could validate what your conclusion was?
 5        A    I don't think that was ever necessary.
 6        Q    Okay.  I'm not asking whether it was
 7   necessary.
 8        A    I don't recall it was ever done.
 9        Q    So, the answer is no, you never went back
10   to try to validate what your conclusion was as to
11   the failure?
12        A    (No response)
13        Q    And by validate I'm talking about
14   creating an experiment that would duplicate what
15   happened so that you could say, "Okay.  These are
16   the circumstances.  I've recreated the situation,
17   and yes, it happened the way I thought it
18   happened."
19        A    I don't think we ever did that.
20        Q    Okay.  Thank you.
21             Other than the failure analysis that you
22   did at Miller Company with respect to a silica
23   product or a product that incorporated fused
24   silica, did you ever do any other failure analysis
```

```
 1      of a silica based or fused silica based product?
 2          A    I can't remember any other case.
 3          Q    And with respect to the Miller Company,
 4      what years were you employed there?
 5          A    I believe it was 1970 -- I have to look
 6      at my CV to be sure I have the right dates.
 7          Q    Your CV says --
 8          A    1970 to '72.
 9          Q    During the time period of 1970 to 1972
10      while you were plant engineer at the Miller
11      Company, on how many occasions would you have
12      conducted the type of failure analysis that you
13      just described for the furnaces?
14          A    Very few.
15          Q    What's your definition of very few?
16          A    Maybe two, perhaps three at the most.
17          Q    Other than your experience at the Miller
18      Company with fused silica, do you have any other
19      hands on experience with that product?
20          A    Not hands on, no.
21          Q    Other than hands on experience with fused
22      silica, what other experiences do you have with it?
23          A    When you say experience with fused
24      silica, I mean I've worked in problem solving in
```