FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 APR 11  P 1: 02

Willie Sanders

          v.

Fireline, Inc.

CIVIL CASE NO. 3:02CV498 (AWT)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Willie Sanders__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

Summary Judgment in favor of defendant Fireline, Inc. Order granting defendant's Motion to Preclude Plaintiff's Expert, Michael Shanok.

2. The Judgment/Order in this action was entered on __3/15/07__.
(date)

Signature

Robert J. Sweeney
Print Name

265 Church Street, 11th Floor

New Haven, CT 06510

Address

Date: 4/11/07

(203) 777-7799
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

02CV498jmt

76

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIE SANDERS, | : |
| Plaintiff, | : |
| ANSONIA COPPER & BRASS, INC., | : |
| Intervening Plaintiff, | : |
| v. | : CASE NO. 3:02CV498 (AWT) |
| FIRELINE, INC., | : |
| Defendant. | : |

## JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Fireline, Inc.

Dated at Hartford, Connecticut, this 15th day of March, 2007.

KEVIN F. ROWE, Clerk
United States District Court

By _Sandra Smith_
Sandra Smith
Deputy Clerk

**/o=Utopia Systems/ou=First Administrative Group/cn=Recipients/cn=bsweeney**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Tuesday, March 13, 2007 12:01 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:02-cv-00498-AWT Sanders v. Fireline Inc**
**Motion Hearing 73**

**Docket Text:**
Minute Entry for proceeding held before Judge Alvin W. Thompson: Motion Hearing held on 3/12/2007 re [59] MOTION to Preclude Expert Testimony filed by Fireline Inc, [57] MOTION for Summary Judgment filed by Fireline Inc. Total Time: 1 hour (Court Reporter Thompson) (Smith, S.)

**3:02-cv-00498-AWT Sanders v. Fireline Inc**
**Order on Motion for Summary Judgment 74**

**Docket Text:**
ORAL ORDER granting [57] Motion for Summary Judgment; granting [59] Motion to Preclude. Signed by Judge Alvin W. Thompson on 3/12/07. (Smith, S.)

**3:02-cv-00498-AWT Sanders v. Fireline Inc**
**Order 75**

**Docket Text:**
RULING ON PENDING MOTIONS granting Defendant's Motion to Preclude Testimony (Doc. No. [59]) and Defendant's Motion for Summary Judgment (Doc. No. [57]). The Clerk shall close this case. Signed by Judge Alvin W. Thompson on 3/12/2007. (Laraia, J.)