UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE SANDERS | : | CIVIL ACTION NO.<br>3:02- cv-00498 (AWT) |
| v. | : | |
| FIRELINE, INC. | : | February 25, 2008 |

## INDEX TO RECORD ON APPEAL

Docket #

| | |
|---|---|
| Notice of Removal by Fireline, Inc. from Judicial District of New Haven................................................................. | 1 |
| Motion for Summary Judgment by Fireline, Inc..................... | 57 |
| Memorandum in Support of Motion for Summary Judgment Filed by Fireline, Inc. ................................................................ | 58 |
| Motion to Preclude Expert Testimony by Fireline, Inc. ................ | 59 |
| Memorandum in Support of Motion to Preclude Expert Testimony of Michael Shanok by Fireline, Inc. ...................... | 60 |
| Objection to Motion for Summary Judgment filed by Willie Sanders................................................................. | 69 |
| Objection to Motion to Preclude Expert Testimony filed by Willie Sanders................................................................. | 70 |
| Reply to Response to Motion for Summary Judgment in Opposition to Defendant's Motion for Summary Judgment filed by Fireline, Inc. ................................................................ | 71 |
| Reply to Response to Motion to Preclude Expert Testimony to Plaintiff's Opposition filed by Fireline, Inc. ......................... | 72 |
| Minute Entry for proceeding held before Judge Alvin W. Thompson; Motion Hearing held on 3/12/07 re: Motion To Preclude Expert Testimony filed by Fireline, Inc. and Motion For Summary Judgment filed by Fireline, Inc. ...................... | 73 |

Oral Order granting Motion for Summary Judgment; granting
Motion to Preclude, Signed by Judge Alvin W. Thompson
on 3/12/07 .................................................................... 74

Ruling on Pending Motions granting Defendant's Motion to
Preclude Testimony and Defendant's Motion for Summary
Judgment. The Clerk shall close this case. Signed by
Judge Alvin W. Thompson on 3/12/07 ............................. 75

Judgment entered in favor of Fireline, Inc. against Willie
Sanders, Signed by Clerk on 3/15/07 ................................ 76

Motion for Reconsideration re: Order, Plaintiff's Motion for
Summary Judgment by Willie Sanders............................ 77

Motion for Reconsideration of defendant's Motion to Preclude
By Willie Sanders........................................................ 78

Ruling denying Motion for Reconsideration of Order
Granting Summary Judgment; denying Motion for
Reconsideration of Order granting Defendants Motion to Preclude
Expert Testimony....................................................... 83

PLAINTIFF-APPELLANT

BY _____
Robert J. Sweeney, Esquire
Early, Ludwick & Sweeney, LL.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799
(203) 785-1671
Fed Bar No. CT06046

## **CERTIFICATION**

This is to certify that a copy of the above document has been mailed, first-class, postage prepaid, this 25 day of February, 2008, to the following:

Charles F. Gfeller, Esquire
Edwards, Angell, Palmer & Dodge, LLP
90 State House Square
Hartford, CT 06103

Timothy Ward, Esquire
McGann, Bartlett & Brown
111 Founders Plaza, Suite 120
East Hartford, CT 06108

_____
Robert J. Sweeney