## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE SANDERS | : | **CIVIL ACTION NO.**<br>**3:02- cv-00498 (AWT)** |
| v. | : | |
| FIRELINE, INC. | : | **February 25, 2008** |

### INDEX TO RECORD ON APPEAL

Docket #

Notice of Removal by Fireline, Inc. from Judicial
District of New Haven............................................................ 1

Motion for Summary Judgment by Fireline, Inc..................... 57

Memorandum in Support of Motion for Summary Judgment
Filed by Fireline, Inc. ........................................................... 58

Motion to Preclude Expert Testimony by Fireline, Inc. ................ 59

Memorandum in Support of Motion to Preclude Expert
Testimony of Michael Shanok by Fireline, Inc. ...................... 60

Objection to Motion for Summary Judgment filed by
Willie Sanders...................................................................... 69

Objection to Motion to Preclude Expert Testimony filed
by Willie Sanders................................................................. 70

Reply to Response to Motion for Summary Judgment in
Opposition to Defendant's Motion for Summary Judgment
filed by Fireline, Inc. ............................................................ 71

Reply to Response to Motion to Preclude Expert Testimony to
Plaintiff's Opposition filed by Fireline, Inc. ......................... 72

Minute Entry for proceeding held before Judge Alvin W.
Thompson; Motion Hearing held on 3/12/07 re: Motion
To Preclude Expert Testimony filed by Fireline, Inc. and Motion
For Summary Judgment filed by Fireline, Inc. ...................... 73

Oral Order granting Motion for Summary Judgment; granting
Motion to Preclude, Signed by Judge Alvin W. Thompson
on 3/12/07 .................................................................    74

Ruling on Pending Motions granting Defendant's Motion to
Preclude Testimony and Defendant's Motion for Summary
Judgment. The Clerk shall close this case.  Signed by
Judge Alvin W. Thompson on 3/12/07 .............................    75

Judgment entered in favor of Fireline, Inc. against Willie
Sanders, Signed by Clerk on 3/15/07 ..............................    76

Motion for Reconsideration re: Order, Plaintiff's Motion for
Summary Judgment by Willie Sanders.............................    77

Motion for Reconsideration of defendant's Motion to Preclude
By Willie Sanders....................................................    78

Ruling denying Motion for Reconsideration of Order
Granting Summary Judgment; denying Motion for
Reconsideration of Order granting Defendants Motion to Preclude
Expert Testimony....................................................    83

PLAINTIFF-APPELLANT

BY _____
    Robert J. Sweeney, Esquire
    Early, Ludwick & Sweeney, LL.C.
    265 Church Street, 11th Floor
    P.O. Box 1866
    New Haven, CT 06508-1866
    (203) 777-7799
    (203) 785-1671
    Fed Bar No. CT06046

## **CERTIFICATION**

This is to certify that a copy of the above document has been mailed, first-class, postage prepaid, this __15__ day of February, 2008, to the following:

Charles F. Gfeller, Esquire
Edwards, Angell, Palmer & Dodge, LLP
90 State House Square
Hartford, CT 06103

Timothy Ward, Esquire
McGann, Bartlett & Brown
111 Founders Plaza, Suite 120
East Hartford, CT 06108

_____
Robert J. Sweeney