CTDC/NHCT
02-CV-498
THOMPSON

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
OFFICE OF STAFF COUNSEL
40 FOLEY SQUARE
NEW YORK, NY 10007

## ORDER OF STAFF COUNSEL

To:   Deputy Clerk, Second Circuit Clerk's Office

From: Staff Counsel

Date: January 4, 2008

Re:   Sanders v. Fireline, Inc.
      Docket No. 07-1565-cv

The Court, noting the letter of December 27, 2007, indicating that the post-judgment motion in United States District Court for the Southern District in the above-entitled matter, does hereby lift the stay entered in accordance with Federal Rules of Appellate Procedure 4(a)4. The appeal shall proceed in accordance with the dates set forth in the January 4, 2008, order.

Vidya Kurella
Associate Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Tammy Martinez
DEPUTY CLERK

CERTIFIED:
1/16/08